1/27/70   Filed ORDER TO SHOW CAUSE AND NOTICE OF HEARING for 2/27/70 in New York, N.Y.
          Copies to all Counsel, involved judges & Hearing Clerk.

2/9/70    1 RESPONSE OF DEF. NISSEN BAKING CORP. & JOHN J. NISSEN BAKING CO., INC.
          TO SCO in Mass. No. 68-990-W

2/10/70   2 RESPONSE OF DEF. GENERAL HOST CORPORATION (Conn., No. 12687) TO SCO IN
          OPPOSITION TO TRANSFER.

2/11/70   3 RESPONSE OF DEF. CONTINENTAL BAKING CO. & ITT CONTINENTAL BAKING CO.
          TO OSC   (Oppose transfer.)

2/12/70   4 Response (w/Brief in Opposition) of Plfs. Zinsmaster Baking Co.& Pan-O-Gold Baking

2/12/70   5 Response (w/Brief Supporting) of Interstate Bakeries Corp. (Def.)

2/12/70   6 Response (w/Memo Opposing) of Pl. Old Homestead Bread Co.

2/12/70   7 Response (w/Brief Opposing) of Pl. First National Stores Inc.

2/12/70   ORDER AMENDING SCO - adding B-1 & B-2 to Schedule A.

2/13/70   EXTENSION OF TIME Granted to City of Det., Mich., E., No. 33046 to 2/19/70.
2/13/70   8 RESPONSE (w/Brief Opposition) of Def. Spaulding Bakersin, Inc.

2/13/70   9 RESPONSE (w/Memo Opposing) of Def. American Bakeries Co.

2/13/70   10 RESPONSE (w/Memo Opposing) of Def. Cote Bros. Inc.

2/16/70   11 RESPOMSE of Def. Tender Krust Baking Co. & Creamy Crust Bakeries, Inc.

2/16/70   12 MEMO of City of Detroit in Opposition to Transfer.

2/17/70   VACATED SCO RELATING TO Phillips v. General Host, Ill., N., No. 69C 1883

2/19/70   13 RESPONSE OF DEF. WAY BAKING CO., DUTCH TREAT BAKERS, INC. & KOEPPLINGERS BAKERY.
          (each oppose transfer)

2/20/70   14 RESPONSE OF GASE BAKING CO. SCHAFER BAKERIES, GROCERS BAKING CO., KOEPPLINGERS
          BAKERY, MICHIGAN BAKERIES, ROSKAM BAKING CO. & SILVERCUP BAKERIES.
          (Mich., E.D., No. 33046) (opposing transfer).

2/20/70   15 RESPONSE OF WARD FOODS, INC.

2/24/70   16 REPLYMEMO OF FIRST NATIONAL STORES INC. TO RESPONSE OF WARD FOODS

2/24/70   17 PL. KATHLEEN HACKETT Response to SCO.

2/26/70   18 RESPONSE OF DEFS. GENERAL HOST, CONTINENTAL, FREIHOFER, HUBER, SCHAIBLES
          & STROEHMANN TO SCO.

3/??/70   ENTERED ORDER DENYING TRANSFER but without prejudice to right of any
          party to file motion for transfer if circumstances later warrant.

DOCKET NO. 35

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT ANTITRUST LITIGATION INVOLVING BAKERY PRODUCTS

NT – 3/20/70

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | City of Detroit, etc. v. American Bakeries Company, et al. | Mich., E. 33046 | Keith | | |
| A-2 | The Old Homestead Bread Company v. Continental Baking Company, et al. | Colorado C-844 | Doyle | | |
| A-3 | First National Stores Inc. v. Continental Baking Company, et al. | Massachusetts 68-990-W | Wyzanski | | |
| A-4 | Zinsmaster Baking Company v. Continental Baking Company | Minnesota 68 Civ 96 | Lord | | |
| A-5 | Tender Krust Baking Company, et al. v. Continental Baking Company | Minnesota 68 Civ 203 | Lord | | |
| A-6 | Pan-O-Gold Baking Co. v. ITT Continental Baking Company | Minnesota 4-69 Civ 264 | Lord | | |
| A-7 | My-T-Good Distributors, Inc. v. Ward Foods, Inc. | Connecticut 12685 | Zampano | | |
| A-8 | My-T-Good Distributors, Inc. v. Continental Baking Company | Conn. 12686 | Zampano | | |
| A-9 | My-T-Good Distributors, Inc. v. General Baking Company | Connecticut 12687 | Zampano | | |
| A-10 | My-T-Good Distributors, Inc. v. Spaulding Bakeries, Inc. | Connecticut 12688 | Zampano | | |
| B-1 | Sophia Mullins v. General Host Corp. et al. VACATED – 2/17/70 | Ill., N. 69 C 1883 | Napoli | | |
| B-2 | Kathleen Hackett, etc. v. General Host Corp., et al. | Pa., E. 70-364 | | | |
| C-1 | Joseph Jeremias d/b/a Chippewa-Livernois Market, etal. v. American Bakeries Co., et al. | E.D. Mich. 34555 | Gubow | | |
| C-2 | Abbey Convalescent & Nursing Home, Inc., et al. v. American Bakeries, Co., et al. | E.D. Mich. 34554 | Keith | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*atty 53*  DESCRIPTION OF LITIGATION

MULTIDISTRICT ANTITRUST LITIGATION INVOLVING BAKERY PRODUCTS

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Robert Reese, Esquire<br>Corporation Counsel<br>1010 City-County Building<br>Detroit, Michigan 48226<br><br>David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Penna. 19103 | American Bakeries Company<br>  Feikens, Dice, Sweeney & Sullivan<br>  440 Penobscot Building<br>  Detroit, Michigan 49526<br><br>Gase Baking Co. & Schafer Bakeries, Inc.<br>  Glassen, Parr, Rhead & McLean<br>  800 Davenport Building<br>  Lansing, Michigan<br>Ward Foods, Inc.<br>  William F. Hunting, Esquire<br>  Law, Buchen, Weathers, Richardson<br>    & Dutcher<br>  740 Old Kent Building<br>  Grand Rapids, Michigan 49502<br><br>Also see list on p. 4 of Attorney List |
| A-2 | Frederic L. Kirgis, Esquire<br>Gorsuch, Kirgis, Campbell, Walker<br>  & Grover<br>1900 Security Life Building<br>Denver, Colorado 80202<br><br>  INTERSTATE BAKERIES CORP. →<br>  Edward L. Foote, Esquire<br>  Winston, Strawn, Smith & Patterson<br>  One First Nat'l Bank Plaza, Rm.5000<br>  Chicago, Illinois 60670<br><br>  CONTINENTAL BAKING COMPANY →<br>  John H. Schafer, Esquire<br>  Covington & Burling<br>  888 16th Street, N. W.<br>  Washington, D. C. 20006<br><br>  CAMPBELL TAGGART ASSO. BAKERIES →<br>  Kirkland, Ellis, Hodson, Chaffetz<br>    Masters & Rowe<br>  800 World Center Building<br>  1776 K Street, N. W.<br>  Washington, D. C. 20006 | Rainbo Bakers, Inc.; Rainbo Bread Co.,<br>& Rainbo Bread Co. of Grand Island<br>  Joseph G. Hodges, Esquire<br>  Hodges, Silverstein & Harrington<br>  1360 Denver Club Building<br>  Denver, Colorado 80202<br><br>Inter-State Bakeries Corp.<br>  Benjamin F. Stapleton, Esquire<br>  Ireland, Stapleton, Pryor & Holmes<br>  1700 Broadway, Suite 2017<br>  Denver, Colorado 80202<br><br>Continental Baking Company<br>  Philip G. Dufford, Esquire<br>  Welborn, Dufford & Cook<br>  1700 Broadway, Suite 1100<br>  Denver, Colorado 80202<br><br>Campbell Taggart Associated Bakeries<br>  Donald C. McKinlay, Esquire<br>  Holme, Roberts & Owen<br>  1700 Broadway<br>  Denver, Colorado 80202 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-3 | Edward J. Duggan, Esquire<br>Lyne, Woodworth & Evarts<br>75 Federal Street<br>Boston, Massachusetts 02110<br><br>James M. Malloy, Esquire<br>Malloy, Sullivan & Sullivan<br>3 School Street<br>Boston, Massachusetts 02108 | Continental Baking<br>    Jerome P. Facher, Esquire<br>    Hale and Dorr<br>    28 State Street<br>    Boston, Massachusetts 02109<br><br>Ward Foods, Inc.<br>    Stanley M. Epstein, Esquire<br>    Bernard I. Kaplan, Esquire<br>    131 State Street<br>    Boston, Massachusetts 02109<br>        also co-counsel<br>    Rogers M. Doering, Esquire<br>    Simpson, Thacher & Bartlett<br>    120 Broadway<br>    New York, New York  10005<br><br>John J. Nissen Baking Co. & Nissen Baking<br>    Richard A. Robinson, Esquire<br>    Baughan, Esty, Crotty & Mason<br>    332 Main Street<br>    Worcester, Massachusetts<br>        also<br>    John R. Hally, Esquire<br>    Robert W. Meserve, Esquire<br>    75 Federal Street<br>    Boston, Massachusetts<br><br>Cote Bros. Inc.<br>    Robert Sylvia, Esquire<br>    Fine & Ambrogne<br>    One State Street<br>    Boston, Massachusetts 02109<br><br>My Bread Baking Co.<br>    John J. Curtin, Esquire<br>    Bingham, Dana & Gould<br>    1 Federal Street<br>    Boston, Massachusetts |
| A-4 | John D. French, Esquire<br>Faegre & Benson<br>1260 N. W. Bank Building<br>Minneapolis, Minnesota  55402 | Clay R. Moore, Esquire<br>Mackall, Crounse, Moore, Helmey & Holmes<br>1000 First National Bank Building<br>Minneapolis, Minnesota  55402<br><br>John H. Schafer, Esquire<br>Covington & Burling<br>Union Trust Building<br>Washington, D. C.  20005 |

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT ANTITRUST LITIGATION INVOLVING BAKERY PRODUCTS

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5 | Elliot S. Kaplan, Esquire<br>Robins, Davis & Lyons<br>400 Dain Tower<br>Minneapolis, Minnesota 55402 | Same as A-4 above (Moore & Schafer) |
| A-6 | Same as A-4 above (French) | Same as A-4 above (Moore) |
| A-7 | A. S. Albrecht, Esquire<br>Albrecht & Richman<br>410 Asylum Street<br>Hartford, Connecticut<br><br>Leo Rosen, Esquire<br>Albrecht, Rabinowitz, Scoler & Rosen<br>750 Main Street<br>Hartford, Connecticut | John D. Fassett, Esquire<br>205 Church Street<br>New Haven, Connecticut |
| A-8 | Same as A-7 above (Albrecht & Rosen) | Bruce W. Manternach, Esquire<br>Robinson, Robinson & Cole<br>799 Main Street<br>Hartford, Connecticut 06103<br><br>Also, same as A-4 above (Schafer) |
| A-9 | Same as A-7 above (Albrecht & Rosen) | Isaac D. Russell, Esquire<br>Day, Berry & Howard<br>One Constitution Plaza<br>Hartford, Connecticut 06103 |
| A-10 | Same as A-7 above (Albrecht & Rosen) | Donald E. Keefe, Esquire<br>Tyler, Cooper, Grant, Bowerman & Keefe<br>205 Church Street<br>New Haven, Connecticut<br><br>Curtis W. Enyeart, Esquire<br>Breed, Abbott & Morgan<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | AMERICAN BAKERIES CO.<br>James A. Velde, Esquire<br>Gardner, Carton, Douglas, Chilgren & Waud<br>First National Bank Building<br>Chicago, Illinois  60603<br><br>Continental Baking Company<br>Harold S. Sawyer, Esquire<br>Warner, Norcross & Judd<br>900 Old Kent Building<br>Grand Rapids, Michigan  49502<br><br>John H. Schafer, Esquire<br>Covington & Burling<br>     Same as A-4 above<br><br>                          Also (*)<br>Alan C. Davis, Esquire<br>Post Offi-e Box #731<br>Rye, New York<br><br>DUTCH TREAT BAKERS, INC.<br>Robert A. Palmer, Esquire<br>Paulson, Bennett, Palmer & Lewis<br>615 American National Bank Bldg.<br>Kalamazoo, Michigan  49006<br><br>GROCERS BAKING COMPANY<br>John D. B. Luyendyk, Esquire<br>Luyendyk, Hainer & Karr<br>880 Union Bank Building<br>Grand Rapids, Michigan  49502<br><br>KOEPPLINGER'S BAKERY, INC.<br>Miles Jaffe, Esquire<br>Honigman, Miller, Schwartz & Cohn<br>2290 First National Building<br>Detroit, Michigan,  48226<br><br>MICHIGAN BAKERIES, INC.<br>John A. Krsul, Jr., Esquire<br>Dickinson, Wright, McKean & Cudlip<br>800 First National Building<br>Detroit, Michigan  48226<br><br>RAINBO BREAD COMPANY OF SAGINAW<br>Ronald J. Wilson, Esquire<br>Kirkland, Ellis, Hodson, etc.<br>     Same as A-2 (Campbell Taggart)<br><br>Gordon B. Wheeler, Esquire<br>Wheeler, Upham, Bryand & Uhl<br>620 Old Kent Building<br>Grand Rapids, Michigan  49502 | Continental Baking Company<br>Rye, New York<br><br>Dutch Treat Bakers, Inc.<br>Kalamazoo, Michigan<br><br>Grocers Baking Company<br>Grand Rapids, Michigan<br><br>Koepplinger's Bakery, Inc.<br>Oak Park, Michigan<br><br>Michigan Bakeries, Inc.<br>Grand Rapids, Michigan<br><br>Rainbo Bread Company of Saginaw<br>   (Campbell Taggart Associated Bakeries)<br>Saginaw, Michigan<br><br>Roskam Baking Company<br>Grand Rapids, Michigan<br><br>Silvercup Bakers, Inc.<br>Detroit, Michigan<br><br>Ward Foods, Inc.<br>Medford, Massachusetts<br><br>Way Baking Company<br>Jackson, Michigan<br><br>Michigan Bakers Association, Inc.<br>Lansing, Michigan<br><br>ROSKAM BAKING COMPANY<br>F. William Hutchinson, Esquire<br>Peter Armstrong, Esq.<br>Varnum, Riddering, Wierengo & Christenso<br>666 Old Kent Building<br>Grand Rapids, Michigan  49502<br><br>SILVERCUP BAKERS, INC.<br>Douglas W. Hillman, Esquire<br>Hillman, Baxter & Hammond<br>430 Federal Square Building<br>Grand Rapids, Michigan  49502<br><br>WARD FOODS, INC.<br>Roberts M. Doering, Esquire<br>Simpson, Thacher & Bartlett<br>120 Broadway<br>New York, New York  10005<br><br>WAY BAKING COMPANY<br>Edward L. Cobb, Esquire<br>410 National Bank Building<br>Jackson, Michigan  49201 |

(*) SILVERCUP BAKERS - Richard M. Goldwater, Esquire
Goldwater & Flynn
60 East 42nd Street
New York, New York 10017

(*) Continental Baking Co. -- Timothy K. Carroll, Dykema, Wheat, Spencer, Goodnow & Trigg, 27th Floor, Penobscot Bldg., Detroit 48226

(*) - also Goldwater (in margin)

DOCKET NO. 35

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT ANTITRUST LITIGATION INVOLVING BAKERY PRODUCTS

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Lenart M. Rahn, Esquire<br>Suite 1517<br>111 West Washington Street<br>Chicago, Illinois 60602 | F. W. ACKERMAN: G. E. TRAUTMAN: & GREYHOUND CORP.<br>Edward L. Foote, Esquire<br>Bruce L. Bower, Esquire<br>Winston, Strawn, Smith & Patterson<br>1 First National Plaza<br>Chicago, Illinois 60670<br><br>ARMOUR & CO.<br>Louis R. Miller, Esquire<br>401 N. Wabash Avenue<br>Chicago, Illinois 60611<br><br>GENERAL HOST CORP.<br>Thomas P. Sullivan, Esquire<br>Jenner & Block<br>135 S. LaSalle Street<br>Chicago, Illinois 60603<br><br>Richard C. Pistell      (Def.)<br>245 Park Avenue<br>New York, New York<br><br>Harris J. Ashton      (Def.)<br>245 Park Avenue<br>New York, New York<br><br>William F. Downey      (Def.)<br>250 Park Avenue<br>New York, New York<br><br>Edwin C. McDonald      (Def.)<br>Alger Court<br>Bronxville, New York |
| | ADDED PER TELEPHONE REQUEST (2/26/70)<br>Jerry Cohen, Esquire<br>1776 K Street, N. W.<br>Suite 708<br>Washington, D. C. 20006 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-2 | Seymour Kurland, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>12th Floor, Packard Building<br>Philadelphia, Pennsylvania  19102 | GENERAL HOST CORPORATION<br>Henry T. Reath, Esquire<br>Duane, Morris & Hecksler<br>1617 Land Title Building<br>Philadelphia, Pennsylvania 19110<br><br>~~CONTINENTAL BAKING CO.~~<br>~~Same as listed above~~<br><br>~~WILLIAM FREIHOFER BAKING CO.~~<br>~~Allentown, Pennsylvania~~<br><br>~~HUBER BAKING CO., INC.~~<br>~~Wilmington, Delaware~~<br><br>~~SCHAIBLES BAKERY~~<br>~~Easton, Pennsylvania~~<br><br>~~STROEHMANN BROTHERS CO.~~<br>~~Williamsport, Pennsylvania~~<br><br>~~WARD FOODS, INC.~~<br>~~Same as listed above~~ |
| C-1<br>C-2 | Howard Silver, Esquire<br>Sugar, Schwartz, Silver,<br>   Schwartz & Tyler<br>950 Guardian Building<br>Detroit 26, Michigan<br><br>Jerry S. Cohen, Esquire<br>1776 K Street, N. W.<br>Washington, D. C. | Huber Baking Co.<br>  Arthur Kahn, Esquire<br>  Schnader, Harrison, Segal & Lewis<br>  1719 Packard Building<br>  Philadelphia, Pennsylvania 19102<br><br>William Freihofer Baking Co.<br>  Henry Kolowrat, Esquire<br>  Three Penn Center Plaza<br>  16th Floor<br>  Philadelphia, Pennsylvania  19102<br><br>Schaibles Bakery & Stroehmann Bros. Co.<br>  Benjamin M. Quigg, Jr., Esquire<br>  2107 The Fidelity Building<br>  Philadelphia, Pennsylvania  19109<br><br>Ward Foods, Inc.<br>  Charles A. Wolfe, Esquire<br>  Morris Bldg., 15th Floor<br>  Philadelphia, Penn. 19102<br><br>CONTINENTAL BAKING CO.<br>  Peter Hearn, Esquire<br>  The Fidelity Building<br>  20th Floor<br>  Philadelphia, Pa.  19109 |