*Unpublished*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
**FILED**

MAR 20 1970

DOCKET NO. 35

PATRICIA D. HOWARD
CLERK OF THE PANEL



BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Multidistrict Antitrust Litigation Involving Bakery Products

ORDER

Upon consideration of the opposition of all parties to the proposed transfer of these actions to a single district for coordinated or consolidated pretrial proceedings and it appearing that the convenience of parties and witnesses and the just and efficient conduct of this litigation would not be promoted by transfer at the present time,

IT IS THEREFORE ORDERED that transfer of these actions for coordinated or consolidated pretrial proceedings on the initiative of the Panel is hereby DENIED without prejudice to the right of any party to file a motion for transfer under section 1407 if circumstances should later so warrant.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman